IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**OMNISURE GROUP, LLC,**

    Plaintiff,

vs.                                       Case No. 4:13mc14-RH/CAS

**AUTOMOBILE CONSUMER SERVICE CORPORATION, et al.,**

    Defendants.

_____/

# **O R D E R**

Non-party Enterprise Financial Group of Florida, Inc., has filed a motion to quash a non-party subpoena served by the Defendant Automobile Service Insurance Company [ASIC]. Doc. 1. Defendant ASIC shall have until March 21, 2013, to file a response to the motion to quash, doc. 1. Pursuant to N.D. Fla. Loc. R. 7.1(C)(1), a party wishing to oppose a motion has "fourteen (14) days from the date of service of the motion in which to file and serve a responsive memorandum . . . in opposition to the motion." Further, Defendant is advised that "[f]ailure to file a responsive memorandum may be sufficient cause to grant the motion." N.D. Fla. Loc. R. 7.1(C)(1).

Accordingly, it is **ORDERED** that Defendant ASIC shall have until **March 21, 2013,** to file a response to the motion to quash, doc. 1.

**DONE AND ORDERED** on March 11, 2013.

        **S/ Charles A. Stampelos**
        **CHARLES A. STAMPELOS**
        **UNITED STATES MAGISTRATE JUDGE**